UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERI G. REED,<br>                 Plaintiff,<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br>                 Defendant. | No. 2:16-cv-01933-MAT<br><br>ORDER [~~PROPOSED~~] |

IT IS HEREBY ORDERED that Plaintiff is awarded $6,484.96 in attorney fees pursuant to the Equal Access to Justice Act, 28. U.S.C. § 2412 and costs in the amount of $82.58 pursuant to 28 U.S.C. § 1920. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586 (2010), payment of this award shall be made to Francisco Rodriguez and mailed to him at P.O. Box 31844, Seattle, WA 98103.

DONE this 15th day of November, 2017.

                                                        Mary Alice Theiler
                                                        United States Magistrate Judge

LAW OFFICE OF
FRANCISCO RODRIGUEZ
P.O. Box 31844 ● Seattle, WA 98103
Tel (206) 414-8894 ● Fax (206) 629-8975

Presented By:

s/ FRANCISCO RODRIGUEZ
Francisco Rodriguez, WSBA #22881
Attorney for Plaintiff
P.O. Box 31844
Seattle, WA 98103
Phone: (206) 414-8894
Fax: (206) 629-8975
Email: tr@titorodriguez.com